IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TERRANCE F. WADDELL,

   Petitioner,

    v.

BRUCE CHATMAN,

   Respondent.

CIVIL ACTION FILE
NO. 1:12-CV-466-TWT

**ORDER**

    This is a pro se habeas corpus action. It is before the Court on the Report and Recommendation [Doc. 12] of the Magistrate Judge recommending dismissing the Petition. The Petitioner's objections to the Report and Recommendation are totally without merit. He has failed to show that trial or appellate counsel rendered ineffective assistance of counsel or that he was prejudiced. Any problems with counsel were of his own making. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This Petition is DISMISSED.

    SO ORDERED, this 14 day of January, 2015.

                          /s/Thomas W. Thrash
                          THOMAS W. THRASH, JR.
                          United States District Judge

T:\ORDERS\12\Waddell\r&r.wpd